

Sylvia E. Simson
Tel 212.801.9200
Sylvia.Simson@gtlaw.com

> The parties' request at ECF No. 21 is **GRANTED.** The telephone conference set for June 11, 2025 at 3:00 p.m. ET (ECF No. 20) is **ADJOURNED** to **June 16, 2025 at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 21.
>
> SO ORDERED.   June 5, 2025
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

June 4, 2025

**VIA ECF**

Hon. Sarah L. Cave
United States District Court for the Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

Re:   *Kaplan, et al. v. JPMorgan Chase & Co., et al.*, No. 1:25-cv-01900-LJL—JPMorgan Chase Bank, N.A.'s Request to Reschedule June 11, 2025 Telephone Conference

Dear Judge Cave:

My firm is counsel for defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-captioned action. Pursuant to Rule I.D. of Your Honor's Individual Practices in Civil Cases, Chase writes to request a brief adjournment of the telephone conference scheduled for June 11, 2025 at 3:00 p.m. (the "Conference"; *see* Dkt. No. 20). Chase makes this request because I (lead counsel for Chase) have an irreconcilable and preexisting all-day conflict on June 11. Plaintiff's counsel consents to this rescheduling request.

The parties have met and conferred and are all available on June 13 between 10:00 a.m. to 11:30 a.m. or June 16 from 10:00 a.m. to 3:00 p.m. Plaintiff's counsel has indicated his preference for June 16, to the extent that date works for the Court. If neither of these dates work for the Court, the parties are happy to meet and confer and provide additional proposed dates and times.

This is Chase's first request to adjourn the Conference. There is currently no scheduled appearance before the Court that such an extension would affect.

We appreciate the Court's attention to this matter and are available should the Court have any questions.

Respectfully submitted,

/**s**/ *Sylvia E. Simson*

Sylvia E. Simson

CC (by ECF):  All counsel of record

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400

www.gtlaw.com